| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 4:13CR00219-003 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT Idaho | DIVISION 2:14-CR-610-JFW |
|---|---|---|
| Jesus Burgos | NAME OF SENTENCING JUDGE B. Lynn Winmill | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 08/13/2014 | TO 08/12/2017 |

**OFFENSE**

Money Laundering 18 § 1956(a)(1)(B)(i)

FILED
CLERK, U.S. DISTRICT COURT

10/22/2014

CENTRAL DISTRICT OF CALIFORNIA
BY: MAD   DEPUTY

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF  Idaho

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ____Central District of California____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

October 8, 2014
*Date*

*[signature]*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE  Central   DISTRICT OF  California

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

10/21/14
*Effective Date*

*[signature]*
*United States District Judge*
George H. King, Chief Judge