

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| WESTERN DIVISION | | SOUTHERN DIVISION |
|---|---|---|
| 312 North Spring Street, Room G-8 | | 411 West Fourth Street, Suite 1053 |
| Los Angeles, CA 90012 | | Santa Ana, CA 92701-4516 |
| Tel: (213) 894-3535 | | (714) 338-4750 |

**TERRY NAFISI**
District Court Executive and
Clerk of Court

October 24, 2014

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

Clerk, United States District Court
District of Idaho
James A. McClure Federal Building
and United States Courthouse
550 West Fort Street, Room 400
Boise, ID 83724-0101

Re: Transfer of Jurisdiction of Probation
    Your Case No. 4:13CR00219-003
    Assigned Our Case No. 2:14-CR-00610 JFW
    Case Title: USA v. Jesus Burgos

Dear Sir/Madam:

Enclosed is the original Probation Form 22, Transfer of Jurisdiction, of the above-named probationer to this district as accepted by Judge George H. King.

Please forward to this district court certified copies of the following documents:
1) Indictment, Information, or Complaint
2) Judgment and Probationary Order
3) If a Class A Misdemeanor, a copy of a signed Consent to proceed before a magistrate judge, and/or document reflecting such consent, or waiver form.

The probationer has been assigned our case number as referenced above. Please include this case number in all future correspondence.

                Sincerely,

                Clerk, U.S. District Court

                By /s/ J. Lam (Jenny_Lam@cacd.uscourts.gov)
                    Deputy Clerk

cc: Probation Office, Los Angeles
     Probation Office, District of Origin