PROB 12
(Rev. 11/04)

# United States District Court
for
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT

2/19/16

CENTRAL DISTRICT OF CALIFORNIA
BY: _____SR_____ DEPUTY

U.S.A. VS. Jesus Burgos                                                                 Docket No.: CR14-00610-JFW

**Petition on Probation and Supervised Release (Modification)**

COMES NOW MICHELLE A. CAREY, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Jesus Burgos who was placed on supervision by the Honorable B. LYNN WINMILL sitting in the Court at Pocatello, Idaho, on the 13th day of August, 2014 who fixed the period of supervision at three years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special terms and conditions as noted on the attached Judgment and Commitment Order(s). **Jurisdiction was transferred to the Central District of California on October 21, 2014.**

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Jesus Burgos has been unable to secure a residence due to a lack of resources, family support and medical issues. He is in need of temporary shelter.

The supervisee and defense counsel consent to modification and waive a personal appearance before the Court.

**PRAYING THAT THE COURT WILL ORDER** Jesus Burgos, as a special condition of supervision, if homeless, shall reside for a period not to exceed 180 days in a residential reentry center (community corrections component), as directed by the Probation Officer, and shall observe the rules of that facility. The subsistence fee shall be waived.

ORDER OF COURT

Considered and ordered this 19th day of Feb, 2016 and ordered filed and made a part of the records in the above case.

_/s/ John F. Walter_
United States District Judge
HONORABLE JOHN F. WALTER

Respectfully,

/S/ YVETTE TREPICHIO
U. S. Probation Officer

Place: Los Angeles, California

Approved: /S/ NATASHA MINGO
Supervising U. S. Probation Officer

Date: February 18, 2016